IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:21-cr-37 |
| LESLEY M. HENRY, | |
| Defendant. | |

## O R D E R

This matter is before the Court on the Defendant's Application to File Joint Motion for Competency Evaluation Under Seal. Doc. 60.  After careful consideration and for good cause shown, the Court **GRANTS** the Defendant's Motion.  The Defendant is permitted to file her Joint Motion for Competency Evaluation Under Seal.

**SO ORDERED**, this 2nd day of August, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA